## LEE CHEW TAI *v.* TOM CHOY.

### No. 1295.

APPEAL FROM DISTRICT MAGISTRATE OF MAKAWAO.

DECIDED DECEMBER 21, 1920.

COKE, C. J. KEMP AND EDINGS, JJ.

*Per Curiam:* The record in this cause discloses an attempt to perfect an appeal on points of law from certain rulings of the district magistrate for the district of Makawao, County of Maui. The purported notice of appeal is not signed by the appellant nor by any one in his behalf, hence there is no notice of appeal, and under the rule laid down in *Territory of Hawaii v. Aki,* 15 Haw. 63, the appeal is dismissed of our own motion.